IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEON ALAN BLAIS,

    Plaintiff,

v.                                            Case No. 4:21-cv-82-AW-MAF

LEON COUNTY SHERIFF'S OFFICE,
and BIG OAK RV PARK,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having considered the magistrate judge's April 1, 2021 Report and Recommendation, ECF No. 8, to which no objections have been filed, I now agree that dismissal is appropriate.

It is now ORDERED:

1. The Report and Recommendation (ECF No. 8) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "This case is dismissed for failure to prosecute and failure to comply with a court order."

3. The clerk will close the file.

SO ORDERED on May 16, 2021.

                                                s/ *Allen Winsor*
                                                United States District Judge